CAMBRIDGE TILE MANUFACTURING COMPANY *v.* GERMANIA BANK *et al.*

This case is controlled by the ruling in *General Supply Co.* v. *Hunn,* 126 *Ga.* 615.

Submitted March 12,—Decided April 13, 1907.

Equitable petition. Before Judge Cann. Chatham superior court. April 14, 1906.

*R. L. Colding,* for plaintiff. *G. W. Owens,* for defendants.

COBB, P. J. This was an action by a materialman, who had furnished material for the improvement of real estate to a subcontractor who had no contractual relation with the owner of the real estate, to foreclose a lien upon such real estate. The petition was

dismissed, upon demurrer. The case is controlled by the ruling in *General Supply Co.* v. *Hunn*, 126 *Ga.* 615. The case of *Heard* v. *Holmes*, 113 *Ga.* 159, was overruled in the case just cited. The case of *Allen* v. *Schweigert*, 110 *Ga.* 323, and 113 *Ga.* 69, did not involve the question as to the right to a lien by a materialman furnishing material to a subcontractor. The materialman in that case was one who had furnished material to a contractor.

*Judgment affirmed. Fish, C. J., absent. The other Justices concur.*